IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEANNA MAE JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security;<br><br>Defendant. | **8:26CV421**<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's application to proceed in forma pauperis. Filing No. 2. Having reviewed the declaration, the Court finds Plaintiff should be permitted to proceed in forma pauperis. *See* 28 U.S.C. § 1915. Accordingly,

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis, Filing No. 2, is granted. The complaint shall be filed without payment of fees.

Dated this 31st day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge